6886

STATE OF SOUTH CAROLINA *EX REL.* J. FRASER LYON, ATTORNEY GENERAL, v. GERMAN RIFLE CULB OF CHARLESTON.

*Ruled by case of State of South Carolina ex rel. J. Fraser Lyon, Attorney General, v. New Charleston Hotel Co., ante, 120.*

Petition in the original jurisdiction of this Court by J. Fraser Lyon, attorney-general, in behalf of the State of South Carolina, against German Rifle Club of Charleston and G. Munzenmaire to restrain them from keeping a place where persons are accustomed to resort to drink alcoholic liquors and beverages.

*Attorney-General, J. Fraser Lyon,* for petitioner.

*Messrs. Simons, Seigling* and *Capplemann,* contra.

April 21, 1908.    The opinion of the Court was delivered by

MR. JUSTICE GARY.    The facts in the case are similar to those set out in the opinion just filed, in the case of the State of South Carolina *ex relatione* J. Fraser Lyon, as attorney-general, against the New Charleston Hotel Co. *et al.,* as to the names of the respondents, dates and places where the nuisance is maintained.

It is, therefore, unnecessary to reiterate the reasons why the prayer of the petition should be granted.

It is the judgment of this Court, that the respondents be perpetually enjoined from maintaining, using and keeping

said place, where persons are permitted to resort, for the purpose of drinking alcoholic liquors and beverages, and from permitting persons to resort to the said premises for the purpose of drinking alcoholic liquors and beverages.